THOMAS G. PARISI, Public Administrator of the County of Kings, as Administrator of the Estate of CLAUDE DENIZARD, Deceased, Plaintiff, v. EMILE SEMEXANT, Defendant. (Action No. 1.) ROBERT LARGE, Plaintiff, v. EMILE SEMEXANT, Defendant. (Action No. 2.) THOMAS G. PARISI, Public Administrator of Kings County, as Administrator of the Estate of JAQUELINE GIORDANI, Deceased, et al., Appellants, v. EMILE SEMEXANT, Respondent. (Action No. 3.)

724

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.